(1)

On December 17 2024 approximately 4:00 pm I was called out of D-Dorm for my daily Accu-check. While headed to the medical office with six other individuals I was singled out by Sergeat Leah Granier. and Deputy Kendrick Clark. Deputy Clark took me to the hallway by A-Dorm and instructed me to get naked and told to turn around face the wall bend over and spread my butt cheeks with both of my hands for several minutes. Afterwords I was told to turn around I did so and Deputy Clark smiled and said you swallowed it. Out of 6 individuals I was the only person to get strip searched And place in holding tank 14A. Srgt. Leah Granier and Deputy Lundberg handcuffed my hands and shackled my legs and drove me across the street to the West Baton Rouge Work Release Center. Where I was humiliated infront of the Work Release inmates and staff. I was instructed to scan my body on a Xray scanner several times. After which I was handcuffed back up and shackled and drove back across the street to West Baton Rouge Jail, where I was finally able to check my Acc with nurse irish. Srgt. Leah Granier then placed me back in 14A Holding Cell. then placed me in a padded isolation cell with Human feces all over the wall. I stayed in the isolated cell by myself over night, the next morning Dec, 18 2024 Deputy A. Jones handcuffed me and shackled my legs and drove me across the street to the West Baton Rouge Work Release center, where I was scanned again on the XRAY.

②

Once done I was taken back to West Baton Rouge Jail Deputy Jones took me to the property room down the hall from the medical office to get my property that Deputy Clark packed up and searched. Once I got back to D-Dorm I notice a lot of my property missing. Soap, deodorant, Boxers, lotion, food, My radio was broken. Books that my now deceased grandmother sent me was taken, Legal Paperwork taken and never return. I have wrote several grievances Including two Preas on this issue.