Jason Brown #240926
P.O. Box 908
Convington, LA 70434



Clerk of the UNITED STATES District Court
for the MIDDLE District of Louisiana.
777 Florida Street    Suite 139
Baton Rouge, LA    70801 - 1712

SCREENED
O.K.
U.S. MARSHAL
ST TAMMANY PARISH JAIL
NOT CENSORED