b.   If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.
_____5    years    ago_____
_____

2.      Have you received within the past twelve months any money from any of the following sources?

a.   Business, profession, or form of self-employment (hobby craft sales included)?  YES ( ) NO (X)

b.   Rent payments, interest or dividends?  YES ( ) NO (X)

c.   Pensions, annuities or life insurance payments?  YES ( ) NO (X)

d.   Gifts or inheritances?  YES ( ) NO (X)

e.   Any other sources?  YES ( ) NO (X)

If the answer to any of thee above is yes, describe each source of money and state the amount received from each during the past 12 months. _____
_____
_____

3.   Do you own any cash, or do you have money and/or bonds in a checking or savings account?  (Include any funds in prison accounts.)  YES (X) NO ( ).  If the answer is YES, state the total value of the items owned.

Prison Drawing Account $ .82_____

Prison Savings Account:

   A. Cash _____0_____

   B. Bonds _____0_____

Other (specify) _____

4.   Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishing and clothing)?  YES ( ) NO (X)

If the answer is yes, describe the property and state its approximate value. _____
_____
_____
_____
_____

5.    List the persons who are dependent upon you for support, state your relationship to those person, and indicate how much you contribute toward their support. _____Ø_____

_____
_____
_____
_____

I declare under penalty of perjury that the foregoing is true and correct.

I understand that a false statement or answer to any question in this affidavit will subject me to penalties for perjury.

11/18/2025
**Date**

Jason Brown
**Signature of Plaintiff**

BOOKING ID#
267782

## STATEMENT OF ACCOUNT
### (Certified Institutional Equivalent)

I hereby certify that __JASON BROWN__, inmate number __240926__, the plaintiff herein has the following sums of money on account to his credit at __ST. TAMMANY PARISH JAIL__, the institution where he is confined:

Prison Drawing Account: $ __95.84__

Prison Savings Account: $ __0__

    A.    Cash __0__

    B.    Bonds __0__

I further certify that the average monthly deposits for the preceding ~~six~~ 3 months is $ __50.90__.

> (The average monthly deposits are to be determined by adding the deposits made during a given month and dividing that total by the number of deposits made during that month. This is repeated for each of the ~~six~~ 3 months. The average from each of the six months are to be added together and the total is to be divided by six.)

I further certify that the average monthly balance for the prior 3 ~~six~~ months is $ __32.57__.

> (The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the ~~six~~ 3 months. The balance from each of the six months are to be added together and the total is to be divided by ~~six~~ 3.)

__11/19/2025__
Date Certified

_____
Signature of Authorized Officer of Institution

ORIGINAL